James S. Denio, as Adult Guardian of the Person and Property of Sarah J. Denio, Pursuant to Article 81 of the Mental Hygiene Law, Respondent-Appellant, v State of New York, Appellant-Respondent.

Submitted April 3, 2006; decided April 4, 2006

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.